AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE   DISTRICT OF   PUERTO RICO

UNITED STATES OF AMERICA,                    **APPEARANCE**

v.                    CASE NUMBER: 99-183(SEC)

ANTONIO FLORES-VILLODAS

To the Clerk of this court and all parties of record:

Enter my appearance as **counsel** in this case for the United States of America.


June 29, 2006                              s/Antonio R. Bazán
*Date*                                     *Signature*

                                           *Antonio R. Bazán, 125413*
                                           *Print Name*

                                           *Torre Chardón, Suite 1201, 350 Chardón St.*
                                           *Address*

                                           *Hato Rey, Puerto Rico 00918*
                                           *City*

                                           *(787) 766-5656*
                                           Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to defense counsel(s) of record.

At San Juan, Puerto Rico, this 29th day of June, 2006.

s/Antonio R Bazán
Antonio R. Bazán 125413
Assistant U.S. Attorney
U.S. Attorney's Office
Suite 1201, 350 Torre Chardón
Carlos Chardón Street
Hato Rey, Puerto Rico 00918
Tel. (787) 766-5656
Fax No. (787) 771-4050
antonio.bazan@usdoj.gov
